[No. 39889-3-II.   Division Two.   January 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RENE HERNANDEZ CASTILLO, *Appellant*.

*Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[Nos. 27332-6-III; 28678-9-III.   Division Three.   January 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. HERMAN LEWIS, *Appellant*.

*In the Matter of the Personal Restraint of* HERMAN LEWIS, *Petitioner*.

Judgment *affirmed* and petition *dismissed* by unpublished opinion per Siddoway, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 28394-1-III.   Division Three.   January 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL R. ALDRIDGE, *Appellant*.

*Affirmed* by unpublished opinion per Siddoway, J., concurred in by Kulik, C.J., and Korsmo, J.